THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS MUSCOLINO and EMANUEL CIVARELLI, Appellants.

Submitted November 28, 1949; decided December 29, 1949.

*Samuel J. Foley, District Attorney (George Tilzer* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.